UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | ▼ | Case Number | 721 CV 445 |
|---|---|---|---|---|

| Med Care Emergency Medical Services, Inc. |
|---|
| *versus* |
| City of Pharr, Texas, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael W. Simpson<br>Michael W. Simpson, Attorney-at-Law<br>251 Quentin Dr.<br>San Antonio 78231<br>(210) 884-0991; rangersimpson@satx.rr.com<br>TX 24008043<br>Southern and Western Districts Membership Expired |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff, Med Care EMS, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✗__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   11/23/2021 | Signed: *Michael W. Simpson* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                          Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____        _____
                                                    United States District Judge