IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| MED CARE EMERGENCY<br>MEDICAL SERVICES, INC.,<br>Plaintiff<br><br>VS<br><br>CITY OF PHARR, TEXAS,<br>ITZA FLORES, AMBROSIO "AMOS"<br>HERNANDEZ, RICARDO MEDINA,<br>DANIEL CHAVEZ, RAMIRO<br>CABALLERO, ROBERTO "BOBBY"<br>CARRILLO<br>Defendants | § § § § § § § § § § § § § § | C.A. NO. 7:21-cv-00445 |

## PLAINTIFF'S MOTION TO PERMIT FACSIMILE FILING and/or E-MAIL FILING

MAY IT PLEASE THE COURT:

    COMES NOW Plaintiff, Med Care Emergency Medical Services, Inc, through its counsel and files this motion to permit facsimile filing and or e-mail filing of its **Plaintiffs Consolidated Opposition To Defendants' Motions To Dismiss**, stating to the Court as follows:

1. On or about November 24, 2021, the Court granted Plaintiff's Counsel Pro Hac Vice admission to represent the Plaintiff in this case.

2. Plaintiff was granted an extension to file its response to the Defendants' FRCP Rule 12(b)(1) and (6) motions to the 15th January 2022. Because of the extended holiday through the 17th of January 2022, Plaintiff was able to send its response via facsimile to the US District Clerk in McAllen Division in document entitled "Plaintiffs Consolidated Opposition To Defendants' Motions To Dismiss" January 18, 2022.

3. Plaintiff Counsel has consulted with the US District Clerk for the Southern District of Texas in Houston for instructions and has accordingly requested for access to electronic filing.

1

4.  Pending access to electronic filing, it is requested of the Court that the Facsimile transmission to the US District Clerk, SDTx- McAllen Division of **Plaintiffs Consolidated Opposition To Defendants Motions To Dismiss** be permitted filing as well as subsequent filings by Plaintiff in this case until such time that Counsel is granted electronic filing privileges.

5.  Notwithstanding the non-official filing of the **Plaintiffs Consolidated Opposition To Defendants' Motions To Dismiss,** Plaintiff has certified to each party in this case, its timely filing of its Response.

WHEREFORE, PREMISES CONSIDERD, Plaintiff and Counsel request permission from the Court to grant temporary filing privileges via facsimile and or e-mail of its **Plaintiffs Consolidated Opposition To Defendants' Motions To Dismiss** and subsequent filing pending authorization for electronic access filing.

SIGNED on this the 20th of January 2022.

        Respectfully submitted,

        _____/S/_____
        Francisco R. Canseco
        Michael W. Simpson
        Attorneys for Plaintiff
        State Bar No.:03759600
        frcanseco@gmail.com
        19 Jackson Court
        210.901.4279

        Michael W. Simpson
        State Bar No.24008043
        251 Quentin Dr.
        San Antonio, TX 78201
        210.884.0991

        ***COUNSEL FOR THE PLAINTIFF***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been served on the persons or parties identified below in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the 20th day of January 2022.

/s/

Francisco R. Canseco

**DENTON NAVARRO ROCHA BERNAL & ZECH**
A Professional Corporation
701 E. Harrison, Ste 100 Harlingen, Texas 78550 956/421-4904
ROBERT L. DRINKARD Attorney in Charge
rdrinkard@rampage-rgv.com
RICARDO J. NAVARRO
rjnavarro@rampage-rgv.com
KACEY M. VILLAFUERTE
kmvillafuerte@rampagelaw.com
**COUNSEL FOR CITY DEFENDANTS**