IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| **MED CARE EMERGENCY** § | | |
| **MEDICAL SERVICES, INC.,** § | | |
| Plaintiff § | | |
| § | | |
| **VS** § | C.A. NO. 7:21-cv-00445 | |
| § | | |
| **CITY OF PHARR, TEXAS,** § | | |
| **ITZA FLORES, AMBROSIO "AMOS"** § | | |
| **HERNANDEZ, RICARDO MEDINA,** § | | |
| **DANIEL CHAVEZ, RAMIRO** § | | |
| **CABALLERO, ROBERTO "BOBBY"** § | | |
| **CARRILLO** § | | |
| Defendants § | | |

## PLAINTIFF'S MOTION FOR ELECTRONIC HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Med Care Emergency Medical Services, Inc. (Med Care EMS), and files this Motion Requesting that the court's setting for a Motion Hearing on July 7, 2022 to be held at the Bentsen Tower, 1701 W. Hwy. 83, McAllen, Texas 78501 *Dkt 29,* be changed to an electronic hearing (via Zoom).

## Grounds for Relief

Plaintiff makes this motion to Address issues affecting Plaintiff's Counsel on matters of travel-time between McAllen and San Antonio Texas; rising costs of travel and, increase in Covid-19 infection. Additionally, Plaintiff's Counsel is a precinct chair in Bexar County and is an elector for the county party special commissioner's candidate which will take place July 7, 2022 at 6:00pm. That party election had not been set until late last week.

The Scheduled July 7, 2022 Motion Hearing *Dkt 29*, is not an evidentiary hearing that requires Counsel physical presence. As a Motion Hearing, it is an "arguments hearing" with questions and answers provided by the court and counsel.

WHEREFORE PREMISES CONSIDERED, Plaintiff's Counsel requests this Court allow counse to appear via electronic means via Zoom at the time and date of this court's order for a Motion Hearing issued June 2, 2022 *Dkt 29.*

SIGNED THIS 30th day of June 2022.

Respectfully Submitted,

By: */S/ Francisco R. Canseco*
Francisco R. Canseco,
19 Jackson Court
San Antonio, Texas 78230
Email: fcanseco@gmail.com
210.901.4279

Michael W. Simpson
State Bar No. 24008043
Attorney At Law
251 Quintin Dr.
San Antonio, Texas 78231
Email: rangersimpson@satx.rr.com
210.884.0991
**COUNSEL FOR PLAINTIFF MED CARE EMERGENCY MEDICAL SERVICES, INC.**

## CERTIFICATE OF CONFERENCE

The undersigned Counsel for the Plaintiff hereby CERTIFIES that as of the 30th day of June 2022 he has conferred with Counsel for the Defendants and ascertained that Defendant is unopposed to the disposition of the foregoing Motion.

*/S/ Francisco R. Canseco*
Francisco R. Canseco,
19 Jackson Court
San Antonio, Texas 78230
Email: fcanseco@gmail.com
210.901.4279

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document has been served in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the persons or parties identified below on this, the 20th day of APRIL, 2022.

-3-

| | |
|---|---|
| ROBERT L. DRINKARD | KACEY M. VILLAFUERTE |
| **Via E-Filing** | **Via E-Filing** |
| Attorney In Charge | State Bar No. 24114493 |
| State Bar No. 24007138 | So. Dist. ID No. 3690258 |
| So. Dist. ID No. 29288 | kmvillafuerte@rampagelaw.com |
| rldrinkard@rampagelaw.com | DENTON NAVARRO ROCHA BERNAL & ZECH |
| RICARDO J. NAVARRO | A Professional Corporation |
| **Via E-Filing** | 701 E. Harrison Ste 100 |
| State Bar No. 14829100 | Harlingen, Texas 78550 |
| So. Dist Id No. 5953 | 956/421-4904 |
| rjnavarro@rampagelaw.com | 956/421-3621 (Facsimile) |

**COUNSEL FOR DEFENDANTS.**

By: */S/Francisco R. Canseco*
Francisco R. Canseco
State Bar No. 03759600
Attorney At Law
19 Jackson Court
San Antonio, Texas 78230
Email: fcanseco@gmail.com
210.901.4279