IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| MED CARE EMERGENCY MEDICAL SERVICES, INC.,<br>    Plaintiff | § § § § | |
| VS | § § | C.A. NO. 7:21-cv-00445 |
| CITY OF PHARR, TEXAS,<br>ITZA FLORES, AMBROSIO "AMOS" HERNANDEZ, RICARDO MEDINA, DANIEL CHAVEZ, RAMIRO CABALLERO, ROBERTO "BOBBY" CARRILLO<br>    Defendants | § § § § § § § § | |

### PLAINTIFF'S MOTION FOR ELECTRONIC HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Med Care Emergency Medical Services, Inc. (Med Care EMS), and files this Motion Requesting that the court's setting for a Status Conference Hearing on February 22, 2023 at 2:30pm CST, to be held at the Bentsen Tower, 1701 W. Hwy. 83, McAllen, Texas 78501, be changed to an electronic hearing (via Zoom).

### Grounds for Relief

Plaintiff makes this motion to Address issues affecting Plaintiff's Counsel on matters of travel-time between McAllen and San Antonio Texas; rising costs of travel and, increase in Covid-19 infection.

The Scheduled February 22, 2023 Status Conference Hearing *Dkt 45*, is not an evidentiary hearing that requires Counsel physical presence but a Status Conference. As a status conference, it is a report by council to the court on status, answering questions provided by the court and counsel.

WHEREFORE PREMISES CONSIDERED, Plaintiff's Counsel requests this Court allow counsel to appear via electronic means via Zoom at the time and date of this court's order for a Motion Hearing issued January 24, 2023.

SIGNED THIS 19th day of February 2023.

                Respectfully Submitted,

         By: */S/ Francisco R. Canseco*
                Francisco R. Canseco,
                19 Jackson Court
                San Antonio, Texas 78230
                Email: fcanseco@gmail.com
                210.901.4279

                Michael W. Simpson
                State Bar No. 24008043
                Attorney At Law
                251 Quintin Dr.
                San Antonio, Texas 78231
                Email: rangersimpson@satx.rr.com
                210.884.0991
                **COUNSEL FOR PLAINTIFF MED CARE**
                **EMERGENCY MEDICAL SERVICES, INC.**

### CERTIFICATE OF CONFERENCE

  The undersigned Counsel for the Plaintiff hereby CERTIFIES that as of the 19 day of February 2023 he has conferred with Counsel for the Defendants and ascertained that Defendant is unopposed to the disposition of the foregoing Motion.

                */S/ Francisco R. Canseco*
                Francisco R. Canseco,
                19 Jackson Court
                San Antonio, Texas 78230
                Email: fcanseco@gmail.com
                  210.901.4279

### CERTIFICATE OF SERVICE

  I hereby certify that a true copy of this document has been served in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the persons or parties identified below on this, the 19 day of FEBRUARY, 2023.

| | |
|---|---|
| ROBERT L. DRINKARD | Attorney In Charge |
| **Via E-Filing** | State Bar No. 24007138 |

| | |
|---|---|
| So. Dist. ID No. 29288 | State Bar No. 24114493 |
| rldrinkard@rampagelaw.com | So. Dist. ID No. 3690258 |
| | kmvillafuerte@rampagelaw.com |
| RICARDO J. NAVARRO | DENTON NAVARRO ROCHA |
| **Via E-Filing** | BERNAL & ZECH |
| State Bar No. 14829100 | A Professional Corporation |
| So. Dist Id No. 5953 | 701 E. Harrison Ste 100 |
| rjnavarro@rampagelaw.com | Harlingen, Texas 78550 |
| KACEY M. VILLAFUERTE | 956/421-4904 |
| **Via E-Filing** | 956/421-3621 (Facsimile) |

**COUNSEL FOR DEFENDANTS.**

By: /S/ Francisco R. Canseco

Francisco R. Canseco
State Bar No. 03759600
Attorney At Law
19 Jackson Court
San Antonio, Texas 78230
Email: fcanseco@gmail.com
210.901.4279