# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# McALLEN DIVISION

| | | |
|---|---|---|
| **MED CARE EMERGENCY** | § | |
| **MEDICAL SERVICES, INC.,** | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| VS | § | C.A. NO. 7:21-cv-00445 |
| | § | |
| **CITY OF PHARR, TEXAS,** | § | |
| **ITZA FLORES, AMBROSIO "AMOS"** | § | |
| **HERNANDEZ, RICARDO MEDINA,** | § | |
| **DANIEL CHAVEZ, RAMIRO** | § | |
| **CABALLERO, ROBERTO "BOBBY"** | § | |
| **CARRILLO** | § | |
| Defendants | § | |

## ATTORNEY MICHAEL W. SIMPSON'S MOTION TO WITHDRAW AS CO-COUNSEL FOR PLAINTIFF
========================================================================

May It Please The Court:

NOW COMES undersigned counsel, MICHAEL W. SIMPSON and respectfully move this Court for leave to approve the withdraw of Attorney Michael W. Simpson as co-counsel for MED CARE EMERGENCY MEDICAL SERVICES, INC., (hereinafter "PLAINTIFF").

Attorney Michael W. Simpson, Co-Counsel for PLAINTIFF, requests this Honorable Court's leave to withdraw as Co-Counsel due to strategic and tactical differences with PLAINTIFF concerning the prosecution of the case.

Senior Attorney Francisco Conseco will continue to be the attorney of record for the PLAINTIFF. He has been the senior attorney for the case throughout and I have been the junior co-counsel.

## CERTIFICATE OF CONFERENCE

Undersigned counsel has conferred with Defendant's counsel of record in this matter and he is not opposed to this Motion to Withdraw by Attorney Michael W. Simpson.

## CONCLUSION

Therefore, undersigned counsel hereby respectfully requests this Honorable Court grant this Motion to Withdraw Attorney Michael W. Simpson as an attorney of record in this matter for all purposes.

SIGNED on the 22nd day of April, 2023.

                                                Respectfully submitted, By:

*Michael W. Simpson*
Michael W. Simpson
Attorney At Law
251 Quintin Dr.
San Antonio, Texas 78231
Email: rangersimpson@satx.rr.com
CO-COUNSEL FOR PLAINTIFF
MED CARE EMERGENCY
MEDICAL SERVICES, INC.:


**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of this document has been served on the persons or parties identified below in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the 22nd day of April, 2023.

| | |
|---|---|
| Francisco R. Canseco<br>Attorney At Law<br>19 Jackson Court<br>San Antonio, Texas 78230<br>Email: fcanseco@gmail.com<br>**COUNSEL FOR PLAINTIFF MED CARE**<br>**EMERGENCY MEDICAL SERVICES, INC.** | **Via Efiling Notification** |
| ROBERT L. DRINKARD<br>Attorney In Charge<br>State Bar No. 24007138 So. Dist. ID No. 29288<br>rldrinkard@rampagelaw.com<br>DENTON NAVARRO ROCHA BERNAL & ZECH A Professional Corporation<br>701 E. Harrison Ste 100<br>Harlingen, Texas 78550 956/421-4904<br>956/421-3621 (Facsimile) | **Via Efiling Notification** |
| RICARDO J. NAVARRO<br>Attorney In Charge<br>State Bar No. 14829100 So. District ID No. 5953<br>rjnavarro@rampagelaw.com<br>DENTON NAVARRO ROCHA BERNAL & ZECH A Professional Corporation<br>701 E. Harrison Ste 100<br>Harlingen, Texas 78550 956/421-4904<br>956/421-3621 | **Via Efiling Notification** |

            *Michael W. Simpson*
            Michael W. Simpson
            Attorney At Law 251 Quintin Dr.
            San Antonio, Texas 78231
            Email: rangersimpson@satx.rr.com
            COUNSEL FOR PLAINTIFF MED
            CARE EMERGENCY MEDICAL
            SERVICES, INC.