

# United States Court of Appeals
## for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Jun 11, 2024**

**Attest:** *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

No. 23-40340

_____

United States Court of Appeals
Fifth Circuit
**FILED**
May 20, 2024
Lyle W. Cayce
Clerk

MED CARE EMERGENCY MEDICAL SERVICES, INCORPORATED,

         *Plaintiff—Appellee*,

versus

ITZA FLORES; AMBROSIO "AMOS" HERNANDEZ; RICARDO MEDINA; DANIEL CHAVEZ; RAMIRO CABALLERO; ROBERTO "BOBBY" CARRILLO,

         *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:21-CV-445

_____

Before HIGGINSON, WILLETT, and OLDHAM, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

No. 23-40340

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* FED. R. APP. P. 41(b). The court may shorten or extend the time by order. *See* 5TH CIR. R. 41 I.O.P.